IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0010 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION** |
| v. | |
| RICHARD GLANDERS, | |
| Defendant. | |

Defendant Richard Glanders' motion for early termination of supervision is denied. The Court finds that an insufficient portion of the term of supervised release has been completed (34 months of a 60 moth term), in light of the seriousness of the underlying activities and defendant's prior criminal history. However, this denial is without prejudice to renewal at a later date, should defendant continue with his successful conduct and compliance with the terms of his supervised release.

**IT IS SO ORDERED.**

Dated: July 26, 2010

SUSAN ILLSTON
United States District Judge