IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD GLANDERS,<br><br>    Defendant.<br>_____/ | No. CR 03-0010 SI<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISION** |

    Defendant Richard Glanders' motion for early termination of supervision is GRANTED. The Court finds that Mr. Glanders' performance during supervision has been exemplary; his cooperation with his probation officer, Alan Ahlstrand, has been excellent; and his commitment to his own personal recovery through AA and NA is genuine. Therefore, Mr. Glanders' supervision, otherwise scheduled to terminate on September 20, 2012, is terminated as of Friday, April 6, 2012.

    **IT IS SO ORDERED.**

Dated: April 10, 2012

SUSAN ILLSTON
United States District Judge